6-1-15

79,989-04

Dear Court of Criminal Appeals:

I requested some time ago for the Courts permission to file another Direct Appeal in Cause # 10-08-09318-CR. I had to leave Unit temporarily, don't know if I was approved on newly discovered evidence or not? Is it OK with the Courts. Trying to get Justice done. I have to have permission, correct?

Thank you
James Steven Corley
James Steven Corley
# 1223438
Bill Clements Unit
9601 Spur 591
Amarillo, TX
79107-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 11 2015

Abel Acosta, Clerk